■ In the Matter of RUBY COLON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [834 NYS2d 901]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Robert F. Julian, J.], entered June 1, 2006) to review two determinations of respondent. The determinations found after a tier II hearing and a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding with respect to the determination dated September 17, 2005 be and the same hereby is unanimously dismissed as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]) and the determination dated November 7, 2005 is confirmed without costs and the petition with respect to that determination is dismissed. Present—Gorski, J.P., Centra, Lunn, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUANDRA FIELDS, Appellant. [834 NYS2d 901]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered December 6, 2005. The judgment convicted defendant, upon her plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting her, upon a plea of guilty, of robbery in the first degree (Penal Law § 160.15 [3]), defendant contends that Supreme Court abused its discretion in denying her request for youthful offender status. Defendant failed to object or to move to withdraw the plea on that ground and thus failed to preserve her contention for our review (*see People v Waleski*, 28 AD3d 1159 [2006]; *People v Smith*, 24 AD3d 1301 [2005], *lv denied* 6 NY3d 838 [2006]; *People v Jones*, 288 AD2d 397 [2001], *lv denied* 97 NY2d 730 [2002]). In any event, we conclude that defendant's contention lacks merit (*see Jones*, 288 AD2d 397 [2001]; *People v Smith*, 286 AD2d 878 [2001], *lv denied* 98 NY2d 641 [2002]). Present—Gorski, J.P., Centra, Lunn, Peradotto and Pine, JJ.